IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY L. MARBURY, # 226054,      )
                                    )
        Petitioner,                 )
                                    )
    v.                              )        Civil Action No. 2:13cv436-WHA
                                    )                    (WO)
STATE OF ALABAMA, *et al.*,         )
                                    )
        Respondents.                )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

This cause is before the court on a *pro se* 28 U.S.C. § 2254 petition for habeas corpus relief filed by Alabama inmate Anthony L. Marbury ("Marbury") on about June 20, 2013. (Doc. No. 1.)  In his petition, Marbury challenges an October 2011 judgment of the Clay County Circuit Court revoking his probation, which resulted in his return to the state penitentiary to serve a sentence imposed by that same court.

## DISCUSSION

This court, "in the exercise of its discretion and in furtherance of justice," may transfer a petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted and sentenced [the petitioner]."  *See* 28 U.S.C. § 2241(d).  Marbury challenges a judgment of the Clay County Circuit Court revoking his probation on a prison sentence imposed by that same court.  Clay County is located within the jurisdiction of the United States District Court for the Northern District of Alabama. Consequently, this court concludes that the transfer of this case to such other court for

hearing and determination is appropriate.[1]

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation **on or before July 11, 2013.** Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of*

---

[1] A decision on Marbury's application for *in forma pauperis* status (Doc. No. 2) is reserved for ruling by the United States District Court for the Northern District of Alabama.

*Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

   Done this 27th day of June, 2013.


               /s/Charles S. Coody
       CHARLES S. COODY
       UNITED STATES MAGISTRATE JUDGE